JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. SANCHEZ, et al. | CASE NO. CV04-9991-ABC (SSx) |
| Plaintiff, | **(PROPOSED) JUDGMENT** |
| v. | |
| WILLIAM J. BRATTON, et al. | |
| Defendants. | Honorable: Audrey B. Collins<br>Magistrate: Suzanne H. Segal |

On March 14, 2006, this Court granted **[the following Los Angeles City and Los Angeles County]** Defendants' Motions for Summary Judgment in favor of individual defendants WILLIAM J. BRATTON; RICK J. CARUSO; DAVID S.CUNNINGHAM, III; ERIC GARCETTI; DARYL F. GATES; WENDY GREUEL; JAMES K. HAHN; PAUL HIGA; TOM LA BONGE; MARTIN LUDLOW; CINDY MICIKOWSKI; ROSE OCHI; ALEX PADILLA; BERNARD C. PARKS; JAN PERRY; ED REYES; SILVIA SAUCEDO; RICHARD SCHUMSKY; ALAN J. SKOBIN; GREIG SMITH; JOE VASQUEZ;  JACK WEISS; WILLIE L. WILLIAMS; DENNIS P. ZINE; CORINA ALARCON; and MIKE ARAI.  This ruling entitled these defendants to judgment against plaintiffs, E. SANCHEZ, R. SANCHEZ, C. RODRIGUEZ, AND S. FIGUEROA.

1  As to the remaining City Defendants **[add: "and Los Angeles County defendant Wesley Woo"]** , their Motion**["s"]** for Summary Judgment, **[add: "seeking qualified immunity for plaintiffs' claim of an unreasonable detention under 42 U.S.C. §1983,"]** was **["were"]** denied. **[add: "Los Angeles City"]** Defendants RUBEN GONZALEZ; MAX REDE, JAMES CANALES; ALEX RONQUILLO; AND WILLIAM LANTZ took an interlocutory appeal to the Ninth Circuit Court of Appeals. Based upon the Ninth Circuit's reversal of the denial of qualified immunity, upon remand, on October 13, 2009 this court granted those defendants qualified immunity, thereby entitling them to judgment **[add: "of dismissal"]** against plaintiffs, E. SANCHEZ, R. SANCHEZ, C. RODRIGUEZ, AND S. FIGUEROA..

As to Defendant WESLEY WOO, the parties stipulated that the ruling by the Ninth Circuit applies to him and that he is entitled to qualified immunity and judgment in his favor against plaintiffs, E. SANCHEZ, R. SANCHEZ, C. RODRIGUEZ, AND S. FIGUEROA. **[replace with: "Although Los Angeles County Defendant Woo did not file an interlocutory appeal, the Ninth Circuit's reversal of the denial of qualified immunity to the Los Angeles City defendants on plaintiffs' claim of unreasonable detention under 42 U.S.C. §1983 applies to the same claim by plaintiffs against Defendant Woo. Therefore, he also is entitled to a judgment of dismissal against plaintiffs E. SANCHEZ, R. SANCHEZ, C. RODRIGUEZ, AND S. FIGUEROA."]**

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiffs, E. SANCHEZ, R. SANCHEZ, C. RODRIGUEZ, AND S. FIGUEROA. have and recover nothing by reason of each and all of their claims as set forth in the Complaint against Defendants WILLIAM J. BRATTON; RICK J. CARUSO; DAVID S.CUNNINGHAM, III; ERIC GARCETTI; DARYL F. GATES; WENDY GREUEL; JAMES K. HAHN; PAUL HIGA; TOM LA BONGE; MARTIN LUDLOW; CINDY MICIKOWSKI; ROSE OCHI; ALEX PADILLA; BERNARD C. PARKS; JAN PERRY; ED REYES; SILVIA SAUCEDO; RICHARD SCHUMSKY; ALAN J. SKOBIN; GREIG SMITH; JOE

1  VASQUEZ;  JACK WEISS; WILLIE L. WILLIAMS; DENNIS P. ZINE; CORINA
2  ALARCON; MIKE ARAI; RUBEN GONZALEZ; MAX REDE; JAMES CANALES;
3  ALEX RONQUILLO; WILLIAM LANTZ; and WESLEY WOO   and that Defendants
4  are the prevailing parties and shall recover their costs in accordance with Local Rule 54.

6  Dated:  Novermber 2, 2009                    _____
                                                Audrey B. Collins, Judge
                                                United States District Court

**PROOF OF SERVICE**

I, _____, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA 90012, which is the County, City and State where this mailing occurred.

On October 23, 2009, I served the document(s) described as:

**FINAL JUDGMENT**

on all interested parties in this action:

xxxxxxxxxx
xxxxxxxxxx
xxxxxxxxxx
xxxxxxxxxx

I served a true copy of the document(s) above by:

[ ] Personally delivering it to the person(s) indicated below in the manner provided in FRCivP 5(b).

[X] Depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the address(es) above.

Executed on October 23, 2009, at Los Angeles, California.

[ ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

xxxxxxxxxxxx